1  STEFANI E. SHANBERG (State Bar No. 206717)
   RYAN R. SMITH (State Bar No. 229323)
2  ROBIN L. BREWER (State Bar No. 253686)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, California 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   E-Mail:  sshanberg@wsgr.com
6          rsmith@wsgr.com
           rbrewer@wsgr.com
7
   Attorneys for Plaintiff
8  CHECK POINT SOFTWARE TECHNOLOGIES, INC.

9  HOWARD G. POLLACK (State Bar No. 162897)
   FISH & RICHARDSON P.C.
10 500 Arguello Street, Suite 500
   Redwood City, California 94063
11 Telephone: (650) 839-5007
   Facsimile: (650) 849-5071
12 E-mail:  pollack@fr.com

13 Attorneys for Defendant
   SRI INTERNATIONAL, INC.
14

15

16              IN THE UNITED STATES DISTRICT COURT

17             FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19 CHECK POINT SOFTWARE            Case No. 3:12-cv-03231-RS
   TECHNOLOGIES, INC.,
20 a Delaware corporation,
                                   **JOINT STIPULATION TO DISMISS**
21                 Plaintiff,      **CERTAIN COUNTS AGAINST**
                                   **DEFENDANT SRI INTERNATIONAL, INC.**
22         v.                      **WITHOUT PREJUDICE**

23 SRI INTERNATIONAL, INC.,        [PROPOSED] ORDER
   a California corporation,
24
                   Defendant.
25

26

27

28

JOINT STIPULATION TO DISMISS CERTAIN
COUNTS AGAINST DEFENDANT SRI
Case No. 3:12-cv-03231-RS

WHEREAS, Plaintiff Check Point Software Technologies, Inc., ("Check Point") and Defendant SRI International, Inc. ("SRI") (collectively "the Parties") have met and conferred in an effort to narrow the issues in the above-captioned case;

WHEREAS, Check Point has agreed to voluntarily dismiss its counts for declaratory judgment numbered 1, 2, 5, 6, and 9-12 in the Complaint (Dkt. No. 1) against SRI relating to U.S. Patent Nos. 6,321,338; 6,704,874; 7,594,260; and 7,694,115, respectively;

WHEREAS, Check Point will maintain its counts for declaratory judgment numbered 3, 4, 7, and 8 in the Complaint against SRI relating to U.S. Patent Nos. 6,484,203 and 6,711,615, respectively;

WHEREAS, the Parties have agreed that any litigation relating to U.S. Patent Nos. 6,321,338; 6,484,203; 6,704,874; 6,711,615; 7,594,260; and 7,694,115 between the Parties shall take place in the United States District Court for the Northern District of California;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate and agree that Counts 1, 2, 5, 6, and 9-12 against SRI shall be dismissed without prejudice from this action, with each side to bear its own costs and expenses.

Dated: July 13, 2012                WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation


                                    By:      /s/ *Stefani E. Shanberg*
                                                Stefani E. Shanberg

                                    Attorneys for Plaintiff
                                    CHECK POINT SOFTWARE
                                    TECHNOLOGIES, INC.


Dated: July 13, 2012                FISH & RICHARDSON P.C.


                                    By:      /s/ *Howard G. Pollack*
                                                Howard G. Pollack

                                    Attorneys for Defendant
                                    SRI INTERNATIONAL, INC.

JOINT STIPULATION TO DISMISS CERTAIN
COUNTS AGAINST DEFENDANT SRI            - 1 -
Case No. 3:12-cv-03231-RS

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45, section X(B), and Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Howard G. Pollack.

/s/ *Stefani E. Shanberg*
Stefani E. Shanberg

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __7/18/12_____

_____
Richard Seeborg
United States District Judge