1  STEFANI E. SHANBERG (State Bar No. 206717)
   RYAN R. SMITH (State Bar No. 229323)
2  ROBIN L. BREWER (State Bar No. 253686)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, California 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   E-Mail:    sshanberg@wsgr.com
6             rsmith@wsgr.com
              rbrewer@wsgr.com
7
   Attorneys for Plaintiff
8  CHECK POINT SOFTWARE TECHNOLOGIES, INC.

9  HOWARD G. POLLACK (State Bar No. 162897)
   FISH & RICHARDSON P.C.
10 500 Arguello Street, Suite 500
   Redwood City, California 94063
11 Telephone: (650) 839-5007
   Facsimile: (650) 849-5071
12 E-mail:    pollack@fr.com

13 Attorneys for Defendant
   SRI INTERNATIONAL, INC.
14

15

16               IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                       SAN FRANCISCO DIVISION

19 | CHECK POINT SOFTWARE              | Case No. 3:12-cv-03231-RS
   | TECHNOLOGIES, INC.,               |
20 | a Delaware corporation,           |
   |                                   | **JOINT STIPULATION TO DISMISS**
21 |                        Plaintiff, | **CERTAIN COUNTS AGAINST**
   |                                   | **DEFENDANT SRI INTERNATIONAL, INC.**
22 |       v.                          | **WITHOUT PREJUDICE**
   |                                   |
23 | SRI INTERNATIONAL, INC.,          | [PROPOSED] ORDER
   | a California corporation,         |
24 |                                   |
   |                        Defendant. |
25

26

27

28
   JOINT STIPULATION TO DISMISS CERTAIN
   COUNTS AGAINST DEFENDANT SRI
   Case No. 3:12-cv-03231-RS

WHEREAS, Plaintiff Check Point Software Technologies, Inc., ("Check Point") and Defendant SRI International, Inc. ("SRI") (collectively "the Parties") have met and conferred in an effort to narrow the issues in the above-captioned case;

WHEREAS, Check Point has agreed to voluntarily dismiss its counts for declaratory judgment numbered 1, 2, 5, 6, and 9-12 in the Complaint (Dkt. No. 1) against SRI relating to U.S. Patent Nos. 6,321,338; 6,704,874; 7,594,260; and 7,694,115, respectively;

WHEREAS, Check Point will maintain its counts for declaratory judgment numbered 3, 4, 7, and 8 in the Complaint against SRI relating to U.S. Patent Nos. 6,484,203 and 6,711,615, respectively;

WHEREAS, the Parties have agreed that any litigation relating to U.S. Patent Nos. 6,321,338; 6,484,203; 6,704,874; 6,711,615; 7,594,260; and 7,694,115 between the Parties shall take place in the United States District Court for the Northern District of California;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate and agree that Counts 1, 2, 5, 6, and 9-12 against SRI shall be dismissed without prejudice from this action, with each side to bear its own costs and expenses.

Dated: July 13, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ____/s/ *Stefani E. Shanberg*____
Stefani E. Shanberg

Attorneys for Plaintiff
CHECK POINT SOFTWARE
TECHNOLOGIES, INC.

Dated: July 13, 2012

FISH & RICHARDSON P.C.

By: ____/s/ *Howard G. Pollack*____
Howard G. Pollack

Attorneys for Defendant
SRI INTERNATIONAL, INC.

JOINT STIPULATION TO DISMISS CERTAIN
COUNTS AGAINST DEFENDANT SRI              - 1 -
Case No. 3:12-cv-03231-RS

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45, section X(B), and Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Howard G. Pollack.

        /s/ *Stefani E. Shanberg*
        Stefani E. Shanberg

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  7/18/12

        Richard Seeborg
        United States District Judge

JOINT STIPULATION TO DISMISS CERTAIN
COUNTS AGAINST DEFENDANT SRI      - 2 -
Case No. 3:12-cv-03231-DMR