| | |
|---|---|
| 1 | STEFANI E. SHANBERG (State Bar No. 206717) |
| | RYAN R. SMITH (State Bar No. 229323) |
| 2 | ROBIN L. BREWER (State Bar No. 253686) |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, California  94304-1050 |
| | Telephone:  (650) 493-9300 |
| 5 | Facsimile:   (650) 565-5100 |
| | E-Mail:       sshanberg@wsgr.com |
| 6 | rsmith@wsgr.com |
| | rbrewer@wsgr.com |

Attorneys for Plaintiff
CHECK POINT SOFTWARE TECHNOLOGIES, INC.

HOWARD G. POLLACK (State Bar No. 162897)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California  94063
Telephone:  (650) 839-5007
Facsimile:   (650) 849-5071
E-mail:       pollack@fr.com

Attorneys for Defendant
SRI INTERNATIONAL, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHECK POINT SOFTWARE TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SRI INTERNATIONAL, INC., a California corporation, <br><br> Defendant. | Case No. 3:12-cv-03231-JSW <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** <br><br> Date:    August 31, 2012 <br> Time:   1:30 p.m. <br> Place:   Courtroom 2 <br> Judge:  Honorable Jeffrey S. White |

JOINT STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No. 3:12-cv-03231-JSW

| | |
|---|---|
| 1 | WHEREAS, by Order dated July 30, 2012 (Dkt. No. 17), the Court set a Case Management Conference in the captioned action for August 31, 2012; |
| 3 | WHEREAS, lead counsel for plaintiff Check Point Software Technologies, Inc. has preexisting travel that she is unable to change and will be unable to attend the Case Management Conference on August 31, 2012; |
| 6 | WHEREAS, the Parties are also engaged in discussions regarding a resolution to this matter; |
| 8 | WHEREAS, the Parties are concurrently filing a similar Stipulated Request to Continue Case Management Conference in the related action pending before the Court (Case No. 3:12-cv-02540-JSW); |
| 11 | WHEREAS, counsel for the Parties have met and conferred and determined that lead counsel for both Parties are available for a Case Management Conference on September 14, 2012, September 21, 2012, or September 28, 2012; |
| 14 | IT IS HEREBY STIPULATED AND AGREED that the Parties, through their respective counsel, hereby respectfully request a continuance of the Case Management Conference presently scheduled for August 31, 2012, to September 14, 2012, September 21, 2012, or September 28, 2012, or a later date agreeable with the Court's calendar. |

Dated: August 7, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ *Stefani E. Shanberg*_____
        Stefani E. Shanberg

Attorneys for Plaintiff
FORTINET, INC.

Dated: August 7, 2012

FISH & RICHARDSON P.C.

By: _____/s/ *Howard G. Pollack*_____
        Howard G. Pollack

Attorneys for Defendant
SRI INTERNATIONAL, INC.

JOINT STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE     - 1 -
Case No. 3:12-cv-03231-JSW

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45, section X(B), and Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Howard G. Pollack.

/s/ *Stefani E. Shanberg*
Stefani E. Shanberg

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled for August 31, 2012, is rescheduled to September 28, 2012 at 1:30 p.m.

Date: August 8, 2012

Jeffrey S. White
United States District Judge

JOINT STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE - 2 -
Case No. 3:12-cv-03231-JSW