UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHECK POINT SOFTWARE
TECHNOLOGIES, INC.,

        Plaintiff,

v.

SRI INTERNATIONAL, INC.,

        Defendant.
_____/

CASE NO. 3:12-cv-03231-JSW

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

(Note:  Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5.)

**Private Process:**
☐ Private ADR (*please identify process and provider*)     The parties agree to mediation before the Honorable Edward A. Infante (Retired) of JAMS, Inc.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☐ other *requested* deadline     No later than thirty (30) days from claim construction order; earlier if likely to be productive, depending on progress of settlement meeting scheduled for October 10, 2012.

Dated:  September 14, 2012                              _____/s/ Stefani E. Shanberg_____
                                                           Attorney for Plaintiff
                                                           CHECK POINT SOFTWARE
                                                           TECHNOLOGIES, INC.

Dated:  September 14, 2012                              _____/s/ Howard G. Pollack_____
                                                            Attorney for Defendant
                                                           SRI INTERNATIONAL, INC.

CONTINUE TO FOLLOWING PAGE

[PROPOSED] ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: _____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11