STEFANI E. SHANBERG (State Bar No. 206717)
JENNIFER J. SCHMIDT (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
E-Mail:   sshanberg@wsgr.com
          jschmidt@wsgr.com

RYAN R. SMITH (State Bar No. 229323)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
E-Mail:   rsmith@wsgr.com

Attorneys for Plaintiff
CHECK POINT SOFTWARE
TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHECK POINT SOFTWARE TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SRI INTERNATIONAL, INC., a California corporation, <br><br> Defendant. | CASE NO.: 3:12-cv-03231-JSW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CLAIM CONSTRUCTION DEADLINES** |

WHEREAS, the parties in the above matter seek additional time to meet and confer regarding claim construction related issues. To facilitate those additional meet and confer efforts, the parties seek to extend certain claim construction deadlines as set forth in the following table:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Patent LR 4-2: Exchange Proposed Claim Constructions | March 1, 2013 | March 15, 2013 |
| Patent LR 4-3: Joint Claim Construction and Prehearing Statement | April 2, 2013 | April 9, 2013 |
| Patent LR 4-4: Completion of Claim Construction Discovery | May 2, 2013 | May 9, 2013 |

IT IS HEREBY STIPULATED AND AGREED, that pursuant to Civil L.R. 6-1 and 7-12, Plaintiff Check Point Software Technologies and Defendant SRI, through their respective counsel, hereby stipulate and agree to modify certain claim construction deadlines according to the above table. The parties show good cause because the requested extension will facilitate additional meet and confer in an effort to potentially reduce the number of claim terms in dispute.

Dated: February 27, 2013     WILSON SONSINI GOODRICH & ROSATI

By: */s/ Ryan R. Smith*
    Ryan R. Smith

Attorneys for Plaintiff
CHECK POINT SOFTWARE TECHNOLOGIES, INC.

Dated: February 27, 2013     FISH & RICHARDSON

By: */s/ Frank Albert*
    Frank Albert

Attorneys for Defendant
SRI INTERNATIONAL, INC.

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CLAIM CONSTRUCTION DEADLINES
CASE NO. 3:12-CV-03231-JSW

-2-

SIGNATURE ATTESTATION PURSUANT TO L.R. 5-1(i)(3)

I, Ryan Smith, attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

By: */s/ Ryan R. Smith*
Ryan R. Smith

JOINT STIPULATION AND [PROPOSED] ORDER TO
EXTEND CLAIM CONSTRUCTION DEADLINES          -3-
CASE NO. 3:12-CV-03231-JSW

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court FURTHER ORDERS that the tutorial and markman are continued to August 6 and August 13, 2013 at 1:30 p.m., respectively.

~~Dated: February ____, 2013~~

Dated: March 1, 2013

*Jeffrey S. White*

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JDUGE