# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### *MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE: October 31, 2013**

**TITLE :** CHECK POINT SOFTWARE **v.** SRI INTERNATIONAL INC    **CASE #: C** 12-03231 **JSW (MEJ)**

### APPEARANCES:

**FOR PLAINTIFF:**　　　　　　　　　　　**FOR DEFENDANT:**

**Stefani Shanberg**　　　　　　　　　　　**Howard Pollack**
**Jennifer Schmidt**　　　　　　　　　　　**Francis Albert**

### PROCEEDINGS:

**Telephonic Discovery Conference (45 minutes)**

### ORDER/RESULTS:
**Checkpoint shall: (1) identify employees credited with the sale of the accused product who have had direct customer communications related to the product; (2) obtain from all relevant department heads which of their employees have direct customer communication related to implementation of the accused product; and (3) provide such information to SRI by November 21, 2013**