# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## *MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE: October 31, 2013**

**TITLE :** CHECK POINT SOFTWARE **v.**          **CASE #: C** 12-03231 **JSW (MEJ)**
SRI INTERNATIONAL INC

---

### APPEARANCES:

**FOR PLAINTIFF:**                               **FOR DEFENDANT:**

**Stefani Shanberg**                             **Howard Pollack**
**Jennifer Schmidt**                             **Francis Albert**

---

### PROCEEDINGS:

**Telephonic Discovery Conference (45 minutes)**

---

**ORDER/RESULTS:**
**Checkpoint shall: (1) identify employees credited with the sale of the accused product who have had direct customer communications related to the product; (2) obtain from all relevant department heads which of their employees have direct customer communication related to implementation of the accused product; and (3) provide such information to SRI by November 21, 2013**