IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHECK POINT SOFTWARE TECHNOLOGIES, INC.,

    Plaintiff,

v.

SRI INTERNATIONAL, INC.,

    Defendant.

No. C 12-03231 JSW

**CASE MANAGEMENT ORDER**

The Court has considered the parties' joint case management statement and HEREBY ORDERS as follows:

1. The deadline for moving to amend infringement contentions in light of the claims construction order is January 6, 2014.
2. The deadline completing mediation is January 21, 2014.
3. The deadline for advice of counsel disclosures is January 6, 2014.
4. The close of fact discovery is March 14, 2014.
5. The deadline for opening expert reports is April 28, 2014.
6. The deadline for rebuttal expert reports is May 28, 2014.
7. The close of expert discovery is June 18, 2014.
8. The last day to hear dispostive motions is September 12, 2014 at 9:00 a.m. If the parties plan to file cross-motions for summary judgment, the parties shall meet and confer and agree to a briefing schedule whereby:
   - one party files an opening summary judgment motion by July 18, 2014

    •    the other party shall file its opposition and cross-motion by August 1, 2014

    •    the reply and opposition to the cross-motion is due by August 15, 2014

    •    the reply in support of the cross-motion is due by August 22, 2014

9. The pretrial conference shall be held on December 1, 2014 at 2:00 p.m. Any motions *in limine* shall be filed in accordance with the procedures set forth in the Court's standing order for trial and the final pretrial conference in civil jury cases.

10. The trial shall begin on January 5, 2015 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: December 18, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE