STEFANI E. SHANBERG (State Bar No. 206717)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (650) 493-9300
Facsimile: (415) 947-2099
E-Mail: sshanberg@wsgr.com

RYAN R. SMITH (State Bar No. 229323)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile (650) 565-5100
E-Mail: rsmith@wsgr.com

Attorneys for Plaintiff
CHECK POINT SOFTWARE TECHNOLOGIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHECK POINT SOFTWARE TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California corporation,<br><br>Defendant. | Case No. 3:12-cv-03231-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION** |

WHEREAS, the parties in the above matter hereby make a stipulated request to extend the date to complete mediation from January 21, 2014, to February 3, 2014.

WHEREAS, the parties have agreed to participate in a mediation before the Honorable James Ware (Ret.) in Palo Alto, California, on January 30, 2014, the earliest available date for the parties and Judge Ware.

/ / /

JOINT STIP. & [PROPOSED] ORDER RE MEDIATION – Case No. 3:12-cv-03231-JSW    -1-

It is hereby STIPULATED AND AGREED that the date for completion of mediation between the parties is extended from January 21, 2014 to February 3, 2014 to allow for completion of the mediation currently scheduled to begin on January 30, 2014.

Dated: January 15, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Stefani E. Shanberg*
Stefani E. Shanberg

Attorneys for Plaintiff
CHECK POINT SOFTWARE TECHNOLOGIES, INC.

Dated: January 15, 2014

FISH & RICHARDSON, P.C.

By: /s/ *Howard G. Pollack*
Howard G. Pollack

Attorneys for Defendant
SRI INTERNATIONAL, INC.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 17, 2014

Jeffrey S. White
United States District Judge

JOINT STIP. & [PROPOSED] ORDER RE MEDIATION – Case No. 3:12-cv-03231-JSW

- 2 -