UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHECK POINT SOFTWARE TECHNOLOGIES, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SRI INTERNATIONAL, INC., a California corporation,<br><br>        Defendant. | Case No. 12-cv-03231-JSW<br><br>[PROPOSED] ORDER GRANTING SRI INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS<br><br>DATE:    January 24, 2014<br>TIME:    9:00 a.m.<br>JUDGE:  Honorable Jeffrey S. White |

Pending before the Court is Defendant SRI International, Inc.'s Unopposed Motion for Leave to Amend Infringement Contentions. After considering the submissions of the parties, IT IS HEREBY ORDERED that SRI's motion is GRANTED:

**IT IS SO ORDERED.**

Dated: March 10, 2014

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

50932294.doc