Stefani E. Shanberg (State Bar No. 206717)
*sshanberg@wsgr.com*
Jennifer J. Schmidt (State Bar No. 295579)
*jschmidt@wsgr.com*
Madeleine E. Greene (State Bar No. 263120)
*mgreene@wsgr.com*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:     (415) 947-2000
Facsimile:     (415) 947-2099

Ryan R. Smith (State Bar No. 229323)
*rsmith@wsgr.com*
Robert R. Cleary, Jr. (State Bar No. 282113)
*rcleary@wsgr.com*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304
Telephone:     (650) 493-9300
Facsimile:     (650) 493-6811

Attorneys for Plaintiff
CHECK POINT SOFTWARE
TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHECK POINT SOFTWARE TECHNOLOGIES, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>SRI INTERNATIONAL, INC., a California corporation,<br><br>             Defendant. | Case No. 3:12-cv-03231-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING ARBITRATION** |

WHEREAS, Plaintiff Check Point Software Technologies, Inc. ("Check Point") and Defendant-Counterclaimant SRI International, Inc. ("SRI") hereby make a stipulated request that the case, including all deadlines, shall be stayed until further notice of the Court;

1   WHEREAS, the parties have agreed to participate in a binding arbitration before the
2   Honorable James Ware (Ret.) in order to fully resolve this litigation.
3   It is hereby STIPULATED AND AGREED, subject to approval of the Court, that this
4   action be stayed in its entirety pending arbitration before the Hon. James Ware.  In the event that
5   the execution of the confidential settlement agreement and exchange of consideration between
6   the parties is not carried out, the parties shall promptly notify the Court.

Dated:  April 28, 2014                              WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation


                                                    By:         /s/ *Stefani E. Shanberg*
                                                            Stefani E. Shanberg

                                                    Attorneys for Plaintiff
                                                    CHECK POINT SOFTWARE
                                                    TECHNOLOGIES, INC.


Dated:  April 28, 2014                              FISH & RICHARDSON, P.C.


                                                    By:         /s/ *Howard G. Pollack*
                                                            Howard G. Pollack

                                                    Attorneys for Defendant
                                                    SRI INTERNATIONAL, INC.


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  April 29, 2014

                                                    _____
                                                    Jeffrey S. White
                                                    United States District Judge


JOINT STIPULATION & [PROPOSED]
ORDER STAYING ACTION                        - 2 -
Case No. 3:12-cv-03231-JSW