Stefani E. Shanberg (State Bar No. 206717)
sshanberg@wsgr.com
Jennifer J. Schmidt (State Bar No. 295579)
jschmidt@wsgr.com
Madeleine E. Greene (State Bar No. 263120)
mgreene@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Ryan R. Smith (State Bar No. 229323)
rsmith@wsgr.com
Robert R. Cleary, Jr. (State Bar No. 282113)
rcleary@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Plaintiff
CHECK POINT SOFTWARE
TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHECK POINT SOFTWARE TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California corporation,<br><br>Defendant. | Case No. 3:12-cv-03231-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING ARBITRATION** |

WHEREAS, Plaintiff Check Point Software Technologies, Inc. ("Check Point") and Defendant-Counterclaimant SRI International, Inc. ("SRI") hereby make a stipulated request that the case, including all deadlines, shall be stayed until further notice of the Court;

WHEREAS, the parties have agreed to participate in a binding arbitration before the Honorable James Ware (Ret.) in order to fully resolve this litigation.

It is hereby STIPULATED AND AGREED, subject to approval of the Court, that this action be stayed in its entirety pending arbitration before the Hon. James Ware. In the event that the execution of the confidential settlement agreement and exchange of consideration between the parties is not carried out, the parties shall promptly notify the Court.

Dated: April 28, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Stefani E. Shanberg*
Stefani E. Shanberg

Attorneys for Plaintiff
CHECK POINT SOFTWARE TECHNOLOGIES, INC.

Dated: April 28, 2014

FISH & RICHARDSON, P.C.

By: /s/ *Howard G. Pollack*
Howard G. Pollack

Attorneys for Defendant
SRI INTERNATIONAL, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 29, 2014

_____
Jeffrey S. White
United States District Judge

JOINT STIPULATION & [PROPOSED]
ORDER STAYING ACTION — - 2 -
Case No. 3:12-cv-03231-JSW