| | |
|---|---|
| Frank E. Scherkenbach (CA Bar #142549)<br>scherkenbach@fr.com<br>David B. Kuznick (admitted Pro Hac Vice)<br>kuznick@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02110-1878<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906<br><br>Howard G. Pollack (CA Bar #162897)<br>pollack@fr.com<br>Mike Sobolev (CA Bar #285184)<br>sobolev@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Frank J. Albert (CA Bar #247741)<br>albert@fr.com<br>Joanna M. Fuller (CA Bar #266406)<br>jfuller@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678 5070<br>Facsimile: (858) 678 5099<br><br>Attorneys for Defendant and Counterclaim Plaintiff SRI INTERNATIONAL, INC. | Stefani E. Shanberg (CA Bar #206717)<br>sshanberg@wsgr.com<br>Jennifer J. Schmidt (admitted Pro Hac Vice)<br>jschmidt@wsgr.com<br>Michael J. Guo (CA Bar #284917)<br>mguo@wsgr.com<br>Madeleine E. Greene (CA Bar #263120)<br>mgreene@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br><br>Ryan R. Smith (CA Bar #229323)<br>rsmith@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br><br>Attorneys for Plaintiff and Counterclaim Defendant CHECK POINT SOFTWARE TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| CHECK POINT SOFTWARE TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br>SRI INTERNATIONAL, INC., a California corporation,<br><br>Defendant. | Case No. 12-cv-03231-JSW(MEJ)<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE &** ~~**PROPOSED**~~ **ORDER** |

Pursuant to stipulation, Plaintiff and Counterclaim Defendant Check Point Software Technologies, Inc., together with Defendant and Counterclaim Plaintiff SRI International, Inc.

1 | hereby stipulate and agree that this case, including all claims and counterclaims, is dismissed with
2 | prejudice and that each party shall bear its own costs and fees.

Dated: July 14, 2014                FISH & RICHARDSON P.C.

                                    By: */s/ Howard G. Pollack*
                                        Howard G. Pollack

                                    Attorneys for Defendant and Counterclaim
                                    Plaintiff SRI INTERNATIONAL, INC.

Dated: July 14, 2014                WILSON SONSINI GOODRICH & ROSATI

                                    By: */s/ Stefani E. Shanberg*
                                        Stefani E. Shanberg

                                    Attorneys for Plaintiff and Counterclaim
                                    Defendant CHECK POINT SOFTWARE
                                    TECHNOLOGIES, INC.

## SIGNATURE ATTESTATION

Pursuant to Civ. Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatories.

                                    */s/ Joanna Fuller*
                                    Joanna Fuller

## ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

ALL CLAIMS AND COUNTERCLAIMS BY PLAINTIFF AND COUNTERCLAIM DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES, INC. AGAINST DEFENDANT AND COUNTERCLAIM PLAINTIFF SRI INTERNATIONAL, INC. ARE

2

JOINT STIPULATED DISMISSAL WITH
PREJUDICE & ~~PROPOSED~~ ORDER
Case Nos. 12-cv-03231-JSW(MEJ)

DISMISSED WITH PREJUDICE. ALL CLAIMS AND COUNTERCLAIMS BY DEFENDANT AND COUNTERCLAIM PLAINTIFF SRI INTERNATIONAL, INC. AGAINST PLAINTIFF AND COUNTERCLAIM DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES, INC. ARE DISMISSED WITH PREJUDICE. EACH PARTY SHALL BEAR ITS OWN FEES AND COSTS.

DATED: July 21, 2014

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

11338544.DOC